# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-2964-JLS |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING THE INFORMATION WITHOUT PREJUDICE** |
| JORGE ARTURO TOLENTINO-LIRA, | |
| Defendant. | |

Based on the motion of the United States to dismiss the Information without prejudice, and in furtherance of the interests of justice, the Court orders that the Information (ECF No. 15) in the above-entitled action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge